UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARVIN WILLIAMS, ET AL., | § | |
| | § | |
| Plaintiffs. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:19–CV–02337 |
| | § | |
| AVON PRODUCTS, INC., ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On October 4, 2019, Plaintiffs' Motion For Remand (Dkt. 15) was referred to United States Magistrate Judge Andrew M. Edison pursuant to 28 U.S.C. § 636(b)(1)(B). Dkt. 26. On October 24, 2019, Judge Edison filed a Memorandum and Recommendation (Dkt. 28) recommending that Plaintiffs' Motion For Remand (Dkt. 15) be **DENIED**.

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also*, FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 28) is **APPROVED and ADOPTED** in its entirety as the holding of the Court; and

(2) Plaintiffs' Motion For Remand (Dkt. 15) is **DENIED**.

It is so **ORDERED**.

SIGNED and ENTERED this 14 day of November, 2019.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE