## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| MARVIN WILLIAMS and SHIRLEY WILLIAMS, | § § § | |
| *Plaintiffs,* | § § | |
| vs. | § § | Civil Action No.: 4:19-cv-02337 |
| AVON PRODUCTS, INC., et al., | § § | |
| *Defendants.* | § § | |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs Marvin Williams and Shirley Williams, in the above numbered and styled case, by and through their attorney of record, file this Notice of Dismissal Without Prejudice, as to Defendants Randall's Food & Drugs LP and Randall's Food Markets, Inc. All claims as to all other Defendants shall remain in effect and proceed forward. Each party will bear its own fees and costs.

Respectfully Submitted,

**SIMON GREENSTONE PANATIER, PC**

By:

STEVEN SCOTT SCHULTE
State Bar No. 24051306
1201 Elm Street, Suite 3400
Dallas, Texas 75270
214-276-7680 Telephone
214-276-7699 Facsimile
sschulte@sgptrial.com

**ATTORNEYS FOR PLAINTIFFS**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 14 day of January 2020, a true and correct copy of the above and foregoing instrument was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

STEVEN SCOTT SCHULTE