United States District Court
Southern District of Texas
**ENTERED**
March 11, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARVIN WILLIAMS and SHIRLEY WILLIAMS, <br><br> Plaintiffs, <br><br> v. <br><br> AVON PRODUCTS, INC., et al., <br><br> Defendants. | Case 4:19-cv-02337 |

~~PROPOSED~~ ORDER

~~This matter, having been brought to the Court on behalf of Plaintiffs, and the Court~~ having The Court grants ~~considered the papers submitted in support of~~ Plaintiff's Motion for Order to Release Pathology Materials, as ~~well as arguments of counsel, and for good cause having~~ been shown.

~~IT IS on this _____ day of _____, 2020.~~

It is, therefore,

ORDERED that ~~Plaintiff's Motion for Order to Release Pathology Materials be~~ Houston Methodist Sugar Land Hospital - Pathology release ~~GRANTED and it is further ORDERED that a copy of this Order be served on all counsel of record~~ Marvin Williams, Sr.'s ~~xxxxxx~~ original pathology Materials. ~~within seven days.~~

Signed this 10th
day of March, 2020

_[signature]_
~~Honorable Keith P. Ellison~~ *
Hon. Andrew Edison

Plaintiff's counsel prepared this draft order and obviously confused me with U.S. District Court Judge Keith Ellison. I appreciate the compliment, but want to make sure the parties understand that Judge Ellison and I are two completely different people. Judge Ellison clerked at The U.S. Supreme Court; I once visited the Supreme Court on a tour. Judge Ellison was a Rhodes Scholar; ~~My~~ My mom thinks I should have been a Rhodes Scholar. Judge Ellison graduated summa cum laude and Phi Beta Kappa from Harvard; I don't know what those big Latin words mean.