IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **MARVIN WILLIAMS** and **SHIRLEY WILLIAMS**,<br><br>           Plaintiffs,<br><br>      v.<br><br>**AVON PRODUCTS, INC.,** et al.,<br><br>           Defendants. | Case No. 4:19-cv-02337 |

**PLAINTIFFS' MOTION FOR LEAVE TO AMEND**

Plaintiffs move this Court, pursuant to Rule 15 of the Federal Rules of Civil Procedure, for leave to amend the Complaint to substitute SHIRLEY WILLIAMS, Individually and as Anticipated Personal Representative of the Estate of MARVIN WILLIAMS, SR., Deceased, and On Behalf of All Heirs, and PAMELA HALL, CHARISSE WHEELER, TERRELL CHAMBERS and MARVIN WILLIAMS, JR., Individually, and to conform the language to reflect the death and substitution, to remove dismissed parties and to add an additional causes of action alleging the wrongful death of MARVIN WILLIAMS, SR., fraud and basis for punitive damages. The proposed amendment is attached hereto as "Exhibit A" and a clean version of the proposed amendment is attached hereto as "Exhibit B."

A memorandum in support of this motion is filed herewith.

WHEREFORE, Plaintiffs pray that they be granted leave of court to amend the complaint to make the changes and additions found in "Exhibit A" to this motion to the original complaint.

1

Respectfully submitted,

**SIMON GREENSTONE PANATIER, PC**

*/s/ Dana C. Simon*

DANA C. SIMON
State Bar No. 24032191
1201 Elm Street, Suite 3400
Dallas, Texas 75270
214-276-7680 Telephone
214-276-7699 Facsimile
dsimon@sgptrial.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing document was electronically served on all parties of record through the Court's Electronic Case Filing system.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on March 18, 2020.

 /s/ *Dana C. Simon*
Dana C. Simon