IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **MARVIN WILLIAMS** and **SHIRLEY WILLIAMS**, <br><br> Plaintiffs, <br><br> v. <br><br> **AVON PRODUCTS, INC.,** et al., <br><br> Defendants. | Case No. 4:19-cv-02337 |

## ORDER

~~AND NOW, to wit,~~ this _____ day of _____ ~~2020,~~ Plaintiffs' Motion for Leave to Amend the Complaint~~, and the Court being of the opinion that the Motion should be allowed, The Motion~~ is GRANTED. *Plaintiffs may go ahead and file an amended complaint.*

~~It is hereby ORDERED that the amended Complaint be allowed, and that the service of the Motion in this cause with its attached Amendment to Complaint shall constitute service on the remaining Defendant~~s.

*Signed This 31st day of March, 2020.*

_____
HON. JUDGE ANDREW M. EDISON

1