IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **SHIRLEY WILLIAMS,** Individually and as Anticipated Personal Representative of the Estate of **MARVIN WILLIAMS, SR.,** Deceased, and on Behalf of All Heirs, and **PAMELA HALL, CHARISSE WHEELER, TERRELL CHAMBERS** and **MARVIN WILLIAMS, JR.,** Individually, §§§§§§§§§§§§§§§ | |
| *Plaintiffs,* | **CIVIL ACTION NO. 4:19-cv-02337** |
| v. | |
| **AVON PRODUCT, INC., et al.** | |
| *Defendants*. | |

**[handwritten: Amended Docket Control] ORDER**

~~This matter, having been brought to the Court on behalf of the Parties, and the Court~~ having considered the papers submitted ~~and arguments of counsel and for good cause having been shown~~.

~~IT IS on this _____ day of _____, 2020,~~

**[handwritten: This is the Amended Docket Control order]**

~~ORDERED~~ that the following dates be entered to amend the current docket control order:

**August 3, 2020**   Identification of Plaintiff's experts and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B).

**August 24, 2020**   Identification of Defendant's experts and product of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B).

**September 17, 2020**   **COMPLETION OF DISCOVERY** Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

**N/A**   **LIMITS ON DISCOVERY**

**September 18, 2020**   **DISPOSITIVE MOTIONS** Parties wishing to file dispositive motions must follow the pre-motion conference requirements set forth in Section 6 of the local court procedures utilized by Judge Hanks and Judge Edison.

**November 16, 2020**   **ALL OTHER PRETRIAL MOTIONS**

**December 18, 2020**   **JOINT PRETRIAL ORDER AND MOTIONS IN LIMINE** Plaintiff is responsible for timely filing the <u>complete joint</u> pretrial order. All information is to comply with the disclosure requirements of Fed. R. Civ. P. 26(a)(3). All parties are directed to read the Court's Procedures regarding required trial documents and procedures.

**January 8, 2021**   **DOCKET CALL is set at 3:00 pm**. Other than as set out in the Court's Procedures no pleading or document filed within seven days of docket call will be considered by the Court. Any pending motions may be ruled on at docket call, the case will be set for trial, and further pretrial orders may be issued.

**February [handwritten] , 2021** [handwritten: "or March"]   **JURY TRIAL** Case is subject to being called to trial on short notice during this month.

Estimated Trial Time: 2-3 weeks.

~~This revised scheduling order is GRANTED and it is further ORDERED that a copy of this Order be served on all counsel of record within seven days.~~

[handwritten: Signed this 22nd day of April, 2020.]

_____
Honorable Andrew Edison