United States District Court
Southern District of Texas
**ENTERED**
May 22, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| **SHIRLEY WILLIAMS,** Individually and as Anticipated Personal Representative of the Estate of **MARVIN WILLIAMS, SR.,** Deceased, and on Behalf of All Heirs, and **PAMELA HALL, CHARISSE WHEELER, TERRELL CHAMBERS** and **MARVIN WILLIAMS, JR.,** Individually, *Plaintiffs,* | * * * * * * * * * | CIVIL ACTION NO. 4:19-cv-02337 |
| v. | * * | |
| **AVON PRODUCTS, INC., et al.** *Defendants.* | * * * | |

*Removed from*
Case No. 2019-35604

| | | |
|---|---|---|
| **SHIRLEY WILLIAMS,** Individually and as Anticipated Personal Representative of the Estate of **MARVIN WILLIAMS, SR.,** Deceased, and on Behalf of All Heirs, and **PAMELA HALL, CHARISSE WHEELER, TERRELL CHAMBERS** and **MARVIN WILLIAMS, JR.,** Individually, *Plaintiffs,* | * * * * * * * * * | IN THE DISTRICT COURT OF HARRIS COUNTY, TEXAS 152ND JUDICIAL DISTRICT |
| v. | * * | |
| **AVON PRODUCTS, INC., et al.** *Defendants.* | * * * | |

## ORDER GRANTING AVON PRODUCTS, INC.'S
## UNOPPOSED MOTION TO SUBSTITUTE COUNSEL OF RECORD

~~ON THIS DAY came for consideration~~ Defendant, Avon Products, Inc.'s Unopposed Motion to Substitute Counsel~~, and after reviewed same, the Court is of the opinion that said~~ ~~Motion should be~~ **IS GRANTED**. It is therefore,

4237350 v1

2

**ORDERED** that Kay B. Baxter of Foley & Mansfield, PLLP, is ~~hereby~~ substituted as attorney of record for Defendant, Avon Products, Inc. in place of Brent Sedge and Tracy Graves Wolf of Lewis Brisbois Bisgaard & Smith, LLP.

**SIGNED** on this 22nd day of May, 2020.

_____
U.S. ~~DISTRICT~~ Magistrate COURT JUDGE

**4237350 v1**