UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **SHIRLEY WILLIAMS,** Individually and as Anticipated Personal Representative of the Estate of **MARVIN WILLIAMS, SR.,** Deceased, and on Behalf of All Heirs, and **PAMELA HALL, CHARISSE WHEELER, TERRELL CHAMBERS** and **MARVIN WILLIAMS, JR.,** Individually, *Plaintiffs,* <br><br> v. <br><br> **AVON PRODUCTS, INC., et al.** *Defendants.* | **CIVIL ACTION NO. 4:19-cv-02337** |

*Removed from*
Case No. 2019-35604

| | |
|---|---|
| **SHIRLEY WILLIAMS,** Individually and as Anticipated Personal Representative of the Estate of **MARVIN WILLIAMS, SR.,** Deceased, and on Behalf of All Heirs, and **PAMELA HALL, CHARISSE WHEELER, TERRELL CHAMBERS** and **MARVIN WILLIAMS, JR.,** Individually, *Plaintiffs,* <br><br> v. <br><br> **AVON PRODUCTS, INC., et al.** *Defendants.* | **IN THE DISTRICT COURT OF** <br><br> **HARRIS COUNTY, TEXAS** <br><br> **152ND JUDICIAL DISTRICT** |

## AVON PRODUCTS, INC.'S NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on June 19, 2020, a true and correct copy of the following was delivered via email to all counsel of record:

1. Avon Products, Inc. Responses to Plaintiffs' First Set of Interrogatories and Requests for Production of Documents, along with all documents.

4293133 v1

2

Respectfully submitted,

**FOLEY & MANSFIELD, PLLP**

*/ s/ Kay B. Baxter*
Kay B. Baxter (Tx Bar No. 24053884)
650 Poydras Street, Suite 2450
New Orleans, Louisiana 70130
Telephone: (504) 302-4800
Facsimile: (504) 208-3726
kbaxter@foleymansfield.com
NO-Asbestos-all@foleymansfield.com

*Counsel for Avon Products, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing was electronically filed with the Clerk of Court of the Southern District of Texas by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, on this 18th day of June 2020.

*/ s/ Kay B. Baxter*
**KAY B. BAXTER**

4293133 v1